# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THEODORE STEVENS, | Case No. 2:16-cv-02166-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

The court is in receipt of discovery documents filed by plaintiff. (Notice (ECF Nos. 41, 42).) Plaintiff is advised that "[u]nless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court." LR 26-8. The court will therefore strike the discovery documents from the docket.

IT IS SO ORDERED.

DATED: January 17, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE